FILED

2003 OCT 14 P 2: 50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, | : CIVIL ACTION NO. |
| BASKIN-ROBBINS USA, CO., | : 3:02 CV 1761 (SRU) |
| Plaintiffs, | : |
| v. | : |
| C.D.M.S. ENTERPRISES, INC., | : |
| LEAVENWORTH DONUTS, INC., | : |
| Defendants. | : OCTOBER 10, 2003 |

## APPEARANCE

Please enter my appearance, in addition to any appearances already on file, as attorney for the plaintiffs, DUNKIN' DONUTS INCORPORATED, and BASKIN-ROBINS USA, CO., in the above-captioned matter.

Dated at Hartford, Connecticut, this 10th day of October, 2003.

PLAINTIFF,
DUNKIN' DONUTS INCORPORATED,
BASKIN-ROBBINS USA, CO.,

By _____
Derek L. Mogck ct23688
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
tel. (860) 251-5000
fax (860) 251-5700
Their Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this the 10th day of October a copy of the foregoing Appearance was mailed, via U.S. mail, postage prepaid, to:

>Joel Z. Green
>Green and Gross P.C.
>1087 Broad Street
>Bridgeport, CT 06604

Derek L. Mogck