## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, : | |
| BASKIN-ROBBINS USA, CO. : | CASE NO. 3:02 CV1761(SRU) |
|     Plaintiff : | |
| : | |
| vs. : | |
| : | |
| C.D.M.S. ENTERPRISES, INC., : | |
| LEAVENWORTH DONUTS, INC. : | |
|     Defendant : | NOVEMBER 13, 2003 |

## MOTION FOR EXTENSION OF TIME

The Defendants in the above entitled matter respectfully represent:

1. On or about October 13, 2003, the Plaintiffs served the Defendants with Interrogatories and Requests for Production;

2. Counsel for the Defendants has had difficulty meeting with his clients to respond to the Plaintiffs' Interrogatories and Requests for Production as a result of the Defendants' travel schedule;

3. This is the Defendants' first request for extension of time in which to respond to the Plaintiffs' Interrogatories and Requests for Production; and

4. Counsel for the Plaintiffs has indicated that he has no objection to the granting of this Motion for Extension of Time.

WHEREFORE, pursuant to Rule 9b of the Civil Rules of the United States District Court for the District of Connecticut, the Defendants respectfully request that the time within which they respond and/or object to the Plaintiffs' Interrogatories and Requests for Production in the above entitled action be extended to December 13, 2003.

        THE DEFENDANTS,

_____
JOEL Z. GREEN
GREEN AND GROSS, P. C.
1087 Broad Street
Bridgeport, CT., 06604
Tel:  (203) 335-5141
Fax:  (203) 367-9964
Email:  JoelZGreen@aol.com
Federal Bar No.  ct08583

This to certify that a copy of the foregoing was mailed, postage prepaid, on November 13, 2003 to the following counsel of record:

Paul D. Sanson, Esquire (ct05477)
Alexandra M. McHugh, Esquire (ct22428)
Derek L. Mogck, Esquire (ct23688)
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103
Tel:  (860) 251-5721
Fax:  (860) 251-5799

David E. Worthen, Esquire (ct17345)
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, DC  20037
Tel:  (202) 333-8800
Fax:  (202) 337-6065

_____
JOEL Z. GREEN
GREEN AND GROSS, P. C.
1087 Broad Street
Bridgeport, CT., 06604
Tel:  (203) 335-5141
Fax:  (203) 367-9964
Email:  JoelZGreen@aol.com
Federal Bar No.  ct08583