UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, a Delaware corporation, BASKIN-ROBBINS USA, CO., a California corporation, : : : : : | CIVIL ACTION NO. 02-CV-1761 |
| Plaintiffs, : : | |
| v. : | |
| C.D.M.S. ENTERPRISES, INC., a Connecticut corporation, and LEAVENWORTH DONUTS, INC., a Connecticut corporation, : : : : : : | |
| Defendants. : | November 5, 2003 |

### WITHDRAWAL OF APPEARANCE

1. Please take notice that Rebecca A. Hirselj, Esq. of the law firm of Schmeltzer, Aptaker & Shepard, P.C., has accepted other employment and is hereby withdrawing her appearance as counsel in the above referenced action.

2. David Worthen of the law firm of Schmeltzer, Aptaker & Shepard, P.C. will remain as counsel for Plaintiffs, along with Paul D. Sanson and Alexandra M. McHugh of the law firm of Shipman & Goodwin, LLP.

3. Please delete Ms. Hirselj from all routing lists associated with this case.

Respectfully submitted,

*Alexandra M McHugh*
Paul D. Sanson ct05477
Alexandra M. McHugh ct22428
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
tel. (860) 251-5000
fax (860) 251-5700
psanson@goodwin.com
amchugh@goodwin.com

Robert L. Zisk
David E. Worthen ct17345
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
tel. (202) 333-8800
fax (202) 625-3312
dew@saslaw.com

Counsel for Plaintiffs
Dunkin' Donuts Incorporated and
Baskin-Robbins USA, Co.

Dated: November **5**, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2003, a true copy of the foregoing Withdrawal of Appearance was served via first class mail postage prepaid to counsel of record for Defendants:

Joel Z. Green
Green & Gross, P.C.
1087 Broad Street
Bridgeport, CT 06604

*Alexandra M McHugh*