UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

FILED

2003 NOV -6  P 12: 31

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>a Delaware corporation,<br>BASKIN-ROBBINS USA, CO.,<br>a California corporation,<br><br>Plaintiffs,<br>v.<br><br>C.D.M.S. ENTERPRISES, INC.,<br>a Connecticut corporation, and<br>LEAVENWORTH DONUTS, INC.,<br>a Connecticut corporation,<br><br>Defendants. | CIVIL ACTION NO.<br>02-CV-1761(SRU)<br><br><br><br><br><br><br><br><br><br><br>November 5, 2003 |

## WITHDRAWAL OF APPEARANCE

1. Please take notice that Rebecca A. Hirselj, Esq. of the law firm of Schmeltzer, Aptaker & Shepard, P.C., has accepted other employment and is hereby withdrawing her appearance as counsel in the above referenced action.

2. David Worthen of the law firm of Schmeltzer, Aptaker & Shepard, P.C. will remain as counsel for Plaintiffs, along with Paul D. Sanson and Alexandra M. McHugh of the law firm of Shipman & Goodwin, LLP.

3. Please delete Ms. Hirselj from all routing lists associated with this case.

MOTION GRANTED.
SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J.
11/17/03