disk

25

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DUNKIN' DONUTS INCORPORATED,           :
BASKIN-ROBBINS USA, CO.                :  CASE NO. 3:02 CV1761(SRU)
      Plaintiff                    :
                       :
vs.                                    :
                       :
C.D.M.S. ENTERPRISES, INC.,            :
LEAVENWORTH DONUTS, INC.               :
      Defendant                    :  NOVEMBER 13, 2003

## MOTION FOR EXTENSION OF TIME

The Defendants in the above entitled matter respectfully represent:

1. On or about October 13, 2003, the Plaintiffs served the Defendants with Interrogatories and Requests for Production;

2. Counsel for the Defendants has had difficulty meeting with his clients to respond to the Plaintiffs' Interrogatories and Requests for Production as a result of the Defendants' travel schedule;

3. This is the Defendants' first request for extension of time in which to respond to the Plaintiffs' Interrogatories and Requests for Production; and

4. Counsel for the Plaintiffs has indicated that he has no objection to the granting of this Motion for Extension of Time.

WHEREFORE, pursuant to Rule 9b of the Civil Rules of the United States District Court for the District of Connecticut, the Defendants respectfully request that the time within which they respond and/or object to the Plaintiffs' Interrogatories and Requests for Production in the above entitled action be extended to December 13, 2003.

GRANTED; ABSENT OBJECTION.

SO ORDERED. _____/Stefan R. Underhill, U.S.D.J.