# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, : | |
| BASKIN-ROBBINS USA, CO. : | CASE NO. 3:02 CV1761(SRU) |
|     Plaintiff : | |
| : | |
| vs. : | |
| : | |
| C.D.M.S. ENTERPRISES, INC., : | |
| LEAVENWORTH DONUTS, INC. : | |
|     Defendant : | DECEMBER 9, 2003 |

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Local Rule 9(b), the Plaintiffs, Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co., and the Defendants, C.D.M.S. Enterprises, Inc. and Leavenworth Donuts, Inc., hereby jointly move for an extension of time and modification of scheduling order in the above entitled case with respect to the discovery and dispositive motions deadlines.

Since the inception of this action, the parties have engaged in meaningful discussions regarding the possibility of settling any and all issues between them which are the subject of this case. The parties have continued to discuss and explore the possibility of settlement and, accordingly, have reached a tentative agreement to participate in mediation before a Court appointed mediator.

Due to the on-going settlement discussions between the parties, the Plaintiffs and the Defendants have conferred and agree to seek this modification to existing deadlines and request that this Court modify the scheduling order in the above entitled matter as follows:

    1. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. Rule 26(b)(4) will be completed by March 15, 2004.

2. All dispositive motions will be filed on or before April 19, 2004.

Dated at Bridgeport, Connecticut this 9th day of December, 2003.

                                      THE DEFENDANTS,

---

JOEL Z. GREEN
GREEN AND GROSS, P. C.
1087 Broad Street
Bridgeport, CT., 06604
Tel: (203) 335-5141
Fax: (203) 367-9964
Email: JoelZGreen@aol.com
Federal Bar No. ct08583

This to certify that a copy of the foregoing was mailed, postage prepaid, on December 9, 2003 to the following counsel of record:

Paul D. Sanson, Esquire (ct05477)
Alexandra M. McHugh, Esquire (ct22428)
Derek L. Mogck, Esquire (ct23688)
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103
Tel:  (860) 251-5721
Fax:  (860) 251-5799

David E. Worthen, Esquire (ct17345)
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, DC  20037
Tel:  (202) 333-8800
Fax:  (202) 337-6065

 

JOEL Z. GREEN
GREEN AND GROSS, P. C.
1087 Broad Street
Bridgeport, CT., 06604
Tel:  (203) 335-5141
Fax:  (203) 367-9964
Email:  JoelZGreen@aol.com
Federal Bar No.  ct08583