FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 10 P 12: 05

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>BASKIN-ROBBINS USA, CO.<br>Plaintiff | : CASE NO. 3:02 CV1761(SRU)<br>: |
| vs. | : |
| C.D.M.S. ENTERPRISES, INC.,<br>LEAVENWORTH DONUTS, INC.<br>Defendant | :<br>: DECEMBER 9, 2003 |

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Local Rule 9(b), the Plaintiffs, Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co., and the Defendants, C.D.M.S. Enterprises, Inc. and Leavenworth Donuts, Inc., hereby jointly move for an extension of time and modification of scheduling order in the above entitled case with respect to the discovery and dispositive motions deadlines.

Since the inception of this action, the parties have engaged in meaningful discussions regarding the possibility of settling any and all issues between them which are the subject of this case. The parties have continued to discuss and explore the possibility of settlement and, accordingly, have reached a tentative agreement to participate in mediation before a Court appointed mediator.

Due to the on-going settlement discussions between the parties, the Plaintiffs and the Defendants have conferred and agree to seek this modification to existing deadlines and request that this Court modify the scheduling order in the above entitled matter as follows:

1. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. Rule 26(b)(4) will be completed by March 15, 2004.

Motion Granted.
Discovery cutoff date March 15, 2004
Dispositive Motions Due by April 14, 2002
SO ORDERED
12/16/03
Stefan R. Underhill, U.S.D.J.