UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
AT BRIDGEPORT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, a Delaware corporation, BASKIN-ROBBINS USA, CO., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>C.D.M.S. ENTERPRISES, INC., a Connecticut corporation, and LEAVENWORTH DONUTS, INC. a Connecticut corporation,<br><br>Defendants. | Case No. 3:02 CV1761 (SRU)<br><br>January 26, 2004 |

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned attorney, Alexandra M. McHugh, a member of the Bar of this Court, and appearing for the plaintiffs, Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co., hereby moves pursuant to Local Rule 83.1 for permission to allow attorney Stephen J. Vaughan to appear on behalf of Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co. in the above-captioned matter.

Stephen J. Vaughan is a member of the law firm of Schmeltzer, Aptaker & Shepard, P.C., 2600 Virginia Avenue, N.W., Suite 1000, Washington, DC 20037-1922. He is a member in good standing of the Bars of the District of Columbia, Maryland, The United States District Courts for the District of Columbia and Maryland, and the United States Courts of Appeals for the District of Columbia Circuit, the Third Circuit, and the Eleventh Circuit.

Neither Mr. Vaughan nor any member of Schmeltzer, Aptaker & Shepard, P.C. has been denied admission to this Court or been disciplined in accordance with Rule 83.2 of the Local Civil Rules for the United States District Court for the District of Connecticut. Nor has Mr. Vaughan been denied admission to, or been disciplined by, any other Court.

The twenty-five dollar ($25.00) fee required by Local Rule 83.1(d)2 accompanies this Motion.

Stephen J. Vaughan hereby designates Paul D. Sanson and Alexandra M. McHugh, Shipman & Goodwin LLP, One American Row, Hartford, CT 06103-2819, as local counsel, upon whom service of all papers may be made.

WHEREFORE, the undersigned attorney on behalf of plaintiffs, Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co., respectfully moves that the admission of Stephen J. Vaughan *pro hac vice* be granted forthwith.

        PLAINTIFFS,
        DUNKIN' DONUTS INCORPORATED
        BASKIN-ROBBINS USA, CO.

        By /s/ Alexandra M. McHugh
        Paul D. Sanson ct05477
        Alexandra M. McHugh ct22428
        Shipman & Goodwin LLP
        One American Row
        Hartford, CT 06103-2819
        tel. (860) 251-5000
        fax (860) 251-5700
        psanson@goodwin.com
        amchugh@goodwin.com
        Their Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this the ___26th___ day of January, 2004, a copy of the foregoing Motion for Admission Pro Hac Vice was mailed, via U.S. mail, postage prepaid, to:

C.D.M.S. Enterprises, Inc.
24 Adams Drive
Shelton, CT  06484

Leavenworth Donuts, Inc.
198 Leavenworth Road
Shelton, CT  06484

_____
Alexandra M. McHugh

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, ) <br> a Delaware corporation, ) <br> BASKIN-ROBBINS USA, CO., ) <br> a California corporation, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> C.D.M.S. ENTERPRISES, INC., ) <br> a Connecticut corporation, and ) <br> LEAVENWORTH DONUTS, INC. ) <br> a Connecticut corporation, ) <br> ) <br> Defendants. ) | Case No.3:02 CV1761 (SRU) <br><br> January 21, 2004 |

<u>AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE</u>

STEPHEN J. VAUGHAN, being duly sworn, hereby deposes and says as follows:

    1.    I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter. I am an associate with the law firm of Schmeltzer, Aptaker & Shepard, P.C., 2600 Virginia Avenue, N.W., Suite 1000, Washington, D.C. 20037. I can be contacted via telephone at (202) 333-8800, via fax at (202) 337-6065, and via e-mail at sjv@saslaw.com.

    2.    I am a member in good standing of the Bars of the District of Columbia, Maryland, The United States District Courts for the District of Columbia and Maryland, and the United States Courts of Appeals for the District of Columbia Circuit, the Third Circuit, and the Eleventh Circuit.

3.  I have not been denied admission to this Court, nor been disciplined in accordance with Rule 83.2 of the Local Civil Rules for the United States District Court for the District of Connecticut.

4.  I have not been denied admission to, or been disciplined by, any other Court.

5.  There are no pending disciplinary proceedings against me in any State or Federal Court.

6.  I have fully reviewed and I am familiar with the provisions of the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of the United States District Court for the District of Connecticut.

7.  I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

WHEREFORE, it is respectfully requested that this Court allow petitioner to appear as counsel and advocate *pro hac vice* in this one case.

_____
Stephen J. Vaughan

Dated: January 21, 2004

Subscribed and sworn to before me this 21st day of January 2004.

_____
Notary Public

My commission expires:

DEBORAH ANN HART
NOTARY PUBLIC
DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES: 3-14-05

2