FILED

*Denied as moot. So ordered.*

*[signature] 1/28/04*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEP -9 P 12:37

US DISTRICT COURT
BRIDGEPORT CT

DUNKIN' DONUTS INCORPORATED,
BASKIN-ROBBINS USA, CO.
       Plaintiff

: CASE NO. 3:02 CV1761(SRU)

vs.

C.D.M.S. ENTERPRISES, INC.,
LEAVENWORTH DONUTS, INC.
       Defendant

: SEPTEMBER 8, 2003

## MOTION FOR ORDER OF COMPLIANCE

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the Defendants, C.D.M.S. Enterprises, Inc. and Leavenworth Donuts, Inc., hereby request that the Court enter an order compelling the Plaintiffs, Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co., to produce for inspection and copying at the offices of Green and Gross, P.C., 1087 Broad Street, Bridgeport, CT 06604, certain documents requested by way of discovery.

    1. On June 27, 2003, the Defendants served upon the Plaintiffs Requests for Production.

    2. On September 2, 2003, the undersigned conferred with counsel for the Plaintiffs, Rebecca Hirselj, in a good faith effort to secure the information and material requested without Court action. At that time, Attorney Hirselj informed the undersigned that the Plaintiffs would not be complying with the Defendants' Requests for Production.

    3. To date, the Plaintiffs have failed, neglected and/or refused to respond to the Defendant's Requests for Production.

WHEREFORE, it is respectfully requested that the Court enter an order compelling the Plaintiffs to produce for inspection and copying at the offices of Green and Gross, P.C., 1087