UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
AT BRIDGEPORT

FILED 2004 JAN 27 P 1: 18
US DISTRICT COURT
BRIDGEPORT

|  |  |
|---|---|
| DUNKIN' DONUTS INCORPORATED, a Delaware corporation, BASKIN-ROBBINS USA, CO., a California corporation, Plaintiffs, v. C.D.M.S. ENTERPRISES, INC., a Connecticut corporation, and LEAVENWORTH DONUTS, INC. a Connecticut corporation, Defendants. | Case No. 3:02 CV1761 (SRU) January 26, 2004 |

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned attorney, Alexandra M. McHugh, a member of the Bar of this Court, and appearing for the plaintiffs, Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co., hereby moves pursuant to Local Rule 83.1 for permission to allow attorney Stephen J. Vaughan to appear on behalf of Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co. in the above-captioned matter.

Stephen J. Vaughan is a member of the law firm of Schmeltzer, Aptaker & Shepard, P.C., 2600 Virginia Avenue, N.W., Suite 1000, Washington, DC 20037-1922. He is a member in good standing of the Bars of the District of Columbia, Maryland, The United States District Courts for the District of Columbia and Maryland, and the United States Courts of Appeals for the District of Columbia Circuit, the Third Circuit, and the Eleventh Circuit.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By Maria Caraballo
Deputy Clerk