STATUS CONFERENCE HELD

DATE: 2-10-04

(30 min.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

February 10, 2004

9:30 a.m.

CASE NO. **3:02cv1761**    **Dunkin Donuts v CDMS**

Joel Z. Green
Green & Gross, P.C.
1087 Broad St.
Suite 401
Bridgeport, CT 06604

Alexandra M. McHugh
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Derek L. Mogck
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Paul D. Sanson
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

David E. Worthen
Schmeltzer, Aptaker & Shepard
2600 Virginia Avenue, Nw
Suite 1000
Washington, DC 20037

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK