# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

Dunkin Donuts Inc, et al

vs.

CDMS Enterprises Inc, et al

CASE NUMBER: 3:02 CV1761 (SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Dunkin Donuts, Inc.

__2/19/04__
Date

__ct 24035__
Connecticut Federal Bar Number

__202-333-8800__
Telephone Number

__202-625-3311__
Fax Number

__sjv saslaw.com__
E-mail address

_[signature: Stephen J Vaughan]_
Signature

__Stephen J. Vaughan__
Print Clearly or Type Name

__2600 Virginia Avenue, NW, Suite 1000__
Address
__Washington, DC 20037__

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Joel Z. Green
Greeen & Gross, P.C.
1087 Broad Street
Bridgeport, CT 06604-4231

_[signature: Stephen J Vaughan]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001