02CV1761ORDCONSOL

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 FEB 23  A 9:16

DUNKIN' DONUTS, INC.

      v.                                        3:02CV1761 SRU

CDMS ENT., INC., ET AL


MSDC ENT., INC.

      v.                                          3:03CV1404 SRU

DUNKIN' DONUTS, INC.

## ORDER OF CONSOLIDATION

The following cases are hereby consolidated:

3:02cv1761(SRU) and 3:03cv1404(SRU).

It is so ordered.

Dated at Bridgeport, Connecticut, this 23rd day of February, 2004.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge