UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, a Delaware corporation, BASKIN-ROBBINS USA, CO., a California corporation, | CIVIL ACTION NO. 02-CV-1761 |
| Plaintiffs, v. | |
| C.D.M.S. ENTERPRISES, INC., a Connecticut corporation, and LEAVENWORTH DONUTS, INC., a Connecticut corporation, | |
| Defendants. | FEBRUARY 27, 2004 |

## NOTICE OF FILING OF EX PARTE MEDIATION STATEMENT

Plaintiffs Dunkin' Donuts Incorporated and Baskin-Robbins Incorporated hereby notify the Court that it has caused to be served on this date its Ex Parte Mediation Statement on Judge Underhill in accordance with the Court's order. The mediation will take place at 9:30 am on Friday, March 5, 2004.

Respectfully submitted,

_____
David E. Worthen ct17945
Stephen J. Vaughan ct24035
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
tel. (202) 333-8800
fax (202) 625-3312
dew@saslaw.com
sjv@saslaw.com

                                    Paul D. Sanson ct05477
                                    Alexandra M. McHugh ct22428
                                    Shipman & Goodwin LLP
                                    One American Row
                                    Hartford, CT 06103-2819
                                    tel. (860) 251-5000
                                    fax (860) 251-5700
                                    psanson@goodwin.com
                                    amchugh@goodwin.com

                                    Counsel for Plaintiffs
                                    Dunkin' Donuts Incorporated and
                                    Baskin-Robbins USA, Co.

Dated: February 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2004, a true copy of the foregoing Notice of Filing of Ex Parte Mediation Statement was served via first class mail postage prepaid to counsel of record for Defendants:

Joel Z. Green
Green & Gross, P.C.
1087 Broad Street
Bridgeport, CT 06604

_____
Stephen J. Vjlu