UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 31  P 12: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

|  |  |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>Plaintiff,<br>v.<br>C.D.M.S. ENTERPRISES, INC., et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 3: 02CV1761 SRU<br>) |
| M.S.D.C. ENTERPRISES INCORPORATED,<br>Plaintiff,<br>v.<br>DUNKIN DONUTS, INCORPORATED,<br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 3: 03CV1404 SRU<br>) |

### NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance in the above-entitled action as counsel for the Defendants, C.D.M.S. Enterprises, Inc., M.S.D.C. Enterprises, Incorporated and Leavenworth Donuts, Inc.

Dated at Bridgeport, Connecticut this 30th day of March, 2004.

_____
JEFFREY W. KEIM, GREEN AND GROSS, P. C.
1087 Broad Street, Bridgeport, CT., 06604
Tel: (203) 335-5141        Fax: (203) 367-9964
Email: jwk@gglaw.net
Federal Bar No. CT 23066

This to certify that a copy of the foregoing appearance was mailed, postage prepaid, on March 30, 2004 to:

Paul D. Sanson, Esq. (CT05477)
Alexandra M. McHugh, Esq. (CT22428)
Derek L. Mogck, Esq. (CT23688
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103
Tel: (860) 251-5721
Fax: (860) 251-5799

Stephen J. Vaughan, Esq. (CT24035)
David E. Worthen, Esq. (CT17345)
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, DC 20037
Tel: (202) 333-8800
Fax: (202) 337-6065

_____
JEFFREY W. KEIM, GREEN AND GROSS, P. C.
1087 Broad Street, Bridgeport, CT., 06604
Tel: (203) 335-5141        Fax: (203) 367-9964
Email: jwk@gglaw.net
Federal Bar No. CT23066