# GREEN AND GROSS, P.C.

LAW OFFICES
1087 BROAD STREET
BRIDGEPORT, CT 06604-4231
(203) 335-5141

FACSIMILE: (203) 367-9964

ERIC M. GROSS
SAMUEL T. ROST
JOEL Z. GREEN
BARBARA F. GREEN
PAUL A. SOBEL
JEFFREY W. KEIM

BERNARD GREEN
(1952-2003)

*Of Counsel*
PETER A. PENCZER

WEBSITE: WWW.GGLAW.NET

JoelZGreen@aol.com

FILED 2004 OCT 13 A 10: 04
U.S. DISTRICT COURT

October 7, 2004

VIA FACSIMILE (203) 579-5704
AND REGULAR MAIL

The Honorable Stefan R. Underhill
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

      RE: Dunkin' Donuts Incorporated, et al vs. C.D.M.S. Enterprises, Inc., et al
          Case No. 3:02cv1761(SRU)

Dear Judge Underhill:

    This is to request that the above referenced action be scheduled for a telephonic status conference at the convenience of the Court and counsel for the plaintiff.

    The Court had previously provided the parties with an opportunity for the defendant to submit certain financial documents to the plaintiff for its review and assessment as part of a proposed resolution of this matter. As a result of delays associated with compiling and forwarding these documents, the plaintiff requested and the defendant consented to an additional 30-day extension to allow the plaintiff a full and fair opportunity to review the information.

    At this point, the period for examination, as extended by agreement of the parties, has passed. Accordingly, this is to request a telephonic status conference in order to review the status of the proposed resolution of this matter.

    Thank you for your time and consideration.

                                      Very truly yours,

                                      Joel Z. Green

JZG:laf
cc: David E. Worthen, Esquire
    (fax: 202-337-6065)
    C.D.M.S. Enterprises, Inc.