**SCHMELTZER, APTAKER & SHEPARD, P.C.**
COUNSELORS AT LAW
THE WATERGATE
2600 VIRGINIA AVENUE, NORTHWEST, SUITE 1000
WASHINGTON, D.C. 20037-1922
WEB SITE http://www.saspc.com
E-MAIL sas@saslaw.com
FAX (202) 337-6065
(202) 333-8800

FILED
2005 FEB -8 P 2: 49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

February 4, 205

**FACSIMILE**

The Honorable Stefan R. Underhill
United States District Court Judge
United States District Court, District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

    Re: *Dunkin' Donuts Incorporated, et al. v CDMS Enterprises Inc., et al.*
        Case No. 3:02 cv1761 (SRU)

Dear Judge Underhill:

    On January 7, 2005, the Clerk issued a Notice to Counsel (attached) stating that the parties had reported that the case was settled and therefore an order of dismissal would be entered on February 6, 2005, "unless counsel reports prior to that date that the case is not in fact settled." Unfortunately, several issues have arisen which have prevented consummating the settlement reached by the parties on March 5, 2004. Accordingly, the parties request an additional fourteen days in which to try to resolve their differences prior to either dismissing the case or requesting that the case be reopened.

    Thank you for your consideration in this matter.

Sincerely,

David E. Worthen
Counsel for Dunkin' Donuts Incorporated

cc: Joel Green (via facsimile)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Dunkin' Donuts Inc., et al

V.                                  Case Number: 3:02cv1761 (SRU)

CDMS Ent Inc., et al

NOTICE TO COUNSEL
-----------------------

The above-entitled case was reported to the Court on 1/7/05 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on February 6, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, January 7, 2005.

KEVIN F. ROWE, CLERK

By: *Alice Montz*
Alice Montz
Deputy Clerk

# SCHMELTZER, APTAKER & SHEPARD, P.C.

COUNSELORS AT LAW
THE WATERGATE
2600 VIRGINIA AVENUE, NORTHWEST, SUITE 1000
WASHINGTON, D.C. 20037-1905
WEB SITE http://www.saspc.com
E-MAIL sas@saslaw.com
FAX (202) 337-6065
(202) 333-8800

# FAX COVERSHEET

| | | |
|---|---|---|
| TO | : | The Hon. Stefan R. Underhill<br>Joel Z. Green |
| PHONE NO. | : | 203-579-5704<br>203-367-9964 |
| FROM | : | David E. Worthen |
| DATE/TIME | : | Friday, February 4, 2005 - 03:08 pm EST |

Total number of pages including cover sheet: 3.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL THE FOLLOWING NUMBER: (202) 333-8800. ASK FOR Sharon ext. 493.

**CONFIDENTIALITY NOTICE**: The documents being transmitted contain private, privileged, and confidential information belonging to the sender and intended for use by the addressee only. If this transmission is received by anyone other than the addressee, please advise the sender immediately at 202-333-8800 so that we can arrange for the return of the documents. In such circumstances, you are advised that you may not review, disclose, copy, distribute, or take any other action in connection with the documents transmitted.

Transmittal Fax Telephone Numbers:   (202) 342-3434
                                     (202) 337-6065