UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
DUNKIN' DONUTS, INC.            :
BASKIN-ROBBINS USA, CO.
MSD ENTERPRISE, INC.

        v                       :          3:02cv1761(SRU)

CDMS ENTERPRISE INC.            :
LEAVENWORTH DONUTS, INC.        :
```

J U D G M E N T

     Notice having been sent to counsel of record on January 7, 2005, by  order of the Court indicating that the above-entitled case would be dismissed unless counsel of record filed closing papers on or before May 14, 2005, and

    No closing papers or further requests for action having been received within the time specified, therefore,

    It is ORDERED that this action is dismissed, pursuant to Local Rule 41(b), formerly Local Rule 16(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to re-open the case if the settlement has not been consummated.

    Dated at Bridgeport, Connecticut this 16th day of May, 2005.

                                   KEVIN F. ROWE, CLERK


                             By /s/ Alice Montz
                                 Deputy Clerk


Entered on Docket_____

Case 3:02-cv-01761-SRU     Document 52     Filed 05/17/2005     Page 2 of 2