UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUNKIN' DONUTS, INC., ET AL,<br>        Plaintiff, | :<br>:<br>:<br>: | |
| v. | : | NO. 3:02 CV 1761 (SRU) |
| | : | |
| MSDC, ENT., INC., ET AL.<br>        Defendant. | :<br>: | |

ORDER OF DISMISSAL

      Based upon the representations of counsel during a phone conference held on February 21, 2006, this case is hereby dismissed, without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file.

    It is so ordered.

    Dated at Bridgeport, Connecticut, this 21st day of February 2006.

                                                   /s/ Stefan R. Underhill
                                                   Stefan R. Underhill
                                                   United States District Judge